UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:  CASE NO.: 24-10535-SDB
CHAPTER 13

Jackie Richardo Porter,
    Debtor,

Natasha Hill Porter,
    Joint Debtor.

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust<br>Name of Transferee | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CSMC 2020-RPL6 Trust<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 | Court Claim # (if known): 31-1<br>Amount of Claim: $117,766.30<br>Date Claim Filed: 10/1/2024 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 7039 | Phone: 800-258-8602<br>Last Four Digits of Acct #: 9040 |

Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 7039

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Francisco Cardona      Date: October 7, 2025

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October  8 , 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jackie Richardo Porter
4310 Pineview Lane
Hephzibah, GA 30815-5880

Natasha Hill Porter
4310 Pineview Lane
Hephzibah, GA 30815-5880
RICHMOND-GA

*And via electronic mail to:*

Lee Ringler
Lee Ringler Law Offices
1450 Greene Street
Suite 222
Augusta, GA 30901

Trustee
Huon Le
P.O. Box 2127
Augusta, GA 30903

U. S. Trustee
Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

By: /s/ Francisco Cardona

Email: fcardona@raslg.com